UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:03CR266 CDP |
| | ) | |
| ANTWON V. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

# **MEMORANDUM AND ORDER**

Defendant Antwon V. Jones has filed a motion for extension of time to file a motion under Rule 59 of the Federal Rules of Civil Procedure. He apparently wants to use Rule 59 to respond to my prior orders denying his request for additional time to file a motion under 28 U.S.C. § 2255. The Federal Rules of Civil Procedure do not apply to this criminal case. Jones has no further remedies available under the Federal Rules of Criminal Procedure. To the extent he is again seeking my reconsideration of my prior orders, I decline to do so. Accordingly,

**IT IS HEREBY ORDERED** that Jones' motion for extension of time [#59] is denied.

```
                                    _____
                                    CATHERINE D. PERRY
                                    UNITED STATES DISTRICT JUDGE
```

Dated this 24th day of May, 2005.